UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   4:10CV01537 JAR |
| | ) | |
| MORPHO DETECTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to Stay or, in the

Alternative, Amend the Court's Scheduling Order. (ECF No.764). Based upon the joint request of

the parties, the Court finds based on good cause shown that a brief stay is warranted.

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion for Leave to Stay or, in the

Alternative, Amend the Court's Scheduling Order [76] is **GRANTED**, in part. This action is

**STAYED** pending the Court's ruling on Defendant's Motion for Summary Judgment relative to the

government contractor defense.

Dated this 29th day of October, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE